JOSSAERS v. WALKER. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by Maurice P. Jossaers against Alva S. Walker. No opinion. Motion denied, with $10 costs. See 43 N. Y. Supp. 891; 48 N. Y. Supp. 781.

KABATCHNICK, Respondent, v. KABATCH-NICK, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) Action by Bertha Kabatchnick against Jacob Kabatchnick. No opinion. Motion to dismiss appeal granted, with $10 costs, unless the appellant files and serves the appeal papers on or before January 13, 1898, and is ready to argue the appeal on Monday following,—January 17, 1898. See 49 N. Y. Supp. 612.

KAISER v. McLEAN. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by Louis Kaiser, administrator, against Colin McLean. No opinion. Motion denied, with $10 costs. See 46 N. Y. Supp. 1038.

KARWOWSKI v. PITASS. (Supreme Court, Appellate Division, Fourth Department. October Term, 1897.) Action by Appolinary Karwowski against John Pitass. No opinion. Motion denied, without costs. All concurring, except FOLLETT, J., not voting. See 46 N. Y. Supp. 691.

KEEGAN v. SMITH et al. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by James Keegan against John Smith, impleaded. No opinion. Motion granted, certifying that a question of law is involved which ought to be passed upon by the court of appeals. See 39 N. Y. Supp. 826; 42 N. Y. Supp. 1126; 45 N. Y. Supp. 663; 49 N. Y. Supp. 93.

KNICKERBOCKER ICE CO., Respondent, v. THEISS et al., Appellants. (City Court of New York, General Term, February 23, 1898.) Action by the Knickerbocker Ice Company against John Henry Theiss, impleaded with George Theiss. Fromme Bros., for appellants. Daly, Hoyt & Mason, for respondent.

PER CURIAM. The jury, upon the evidence, submitted, was certainly justified in finding that John Henry Theiss and his brother, George, composed the firm of G. Theiss & Bro., at the time of the transaction in question, and therefore the judgment herein must be affirmed, with costs.

KRAMER, Respondent, v. BJERRUM, Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by Daniel Kramer against Ernst K. T. Bjerrum. Warren S. Burt, for appellant. L. A. Gould, for respondent.

PER CURIAM. A new trial having been granted upon the appeal from the judgment, it is not necessary to consider this appeal. The appeal should be dismissed, without costs to either party. See 46 N. Y. Supp. 496; 48 N. Y. Supp. 1108.

LEFKOW, Respondent, v. ROOSIN, Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by Morris Lefkow, an infant, against Abraham Roosin. E. L. Richards, for appellant. M. Altmayer, for respondent. No opinion. Judgment affirmed, with costs.

LENNON v. SMITH. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by Michael Lennon against Mary F. C. Smith. No opinion. Motion denied, with $10 costs. See 48 N. Y. Supp. 456.

LESHER et al. v. HAAS et al. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by Arthur L. Lesher and others against Leopold Haas and others. No opinion. Motion granted, with $10 costs.

LITCHFIELD, Respondent, v. NORWOOD MFG. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 20, 1898.) Action by Edward H. Litchfield against the Norwood Manufacturing Company. Motion for a reargument denied. See 48 N. Y. Supp. 496.

In re LYMAN. Appeal of WICHMAN. (Supreme Court, Appellate Division, First Department. January 21, 1898.) In the matter of Henry H. Lyman. Appeal of Charles Wichman. No opinion. Motion denied, on payment of $10 costs, to enable appellant to move to open default in court below.

McAVENEY, Respondent, v. PASQUINI et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) Action by Bryan McAveney against Attilio Pasquini and others. No opinion. Motion for reargument denied. See 48 N. Y. Supp. 896.

McCLURE, Respondent, v. DAYTON et al., Appellants. (Supreme Court, Appellate Division, First Department. January 21, 1898.) Action by George M. McClure against Harry T. Dayton and another. B. Greenfield, for appellants. No opinion. Order affirmed, with $10 costs and disbursements.

McMAHON v. SMITH et al. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by Dennis McMahon against John Smith, impleaded. No opinion. Motion granted, certifying that a question of law is involved which ought to be passed upon by the court of appeals. See 39 N. Y. Supp. 826; 42 N. Y. Supp. 1127; 45 N. Y. Supp. 663; 49 N. Y. Supp. 93.

MAGUIRE, Appellant, v. HOOLE et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 12, 1898.) Action by Michael G. Maguire against Charles Hoole, Moses Frechette, and Obeline Frechette. No opinion. Order affirmed, with $10 costs and disbursements.

MAN v. CROMWELL et al. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by William Man against Frank Cromwell and others. No opinion. Motion granted, with $10 costs.